**Order entered September 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00620-CV

### IN THE INTEREST OF T.H.M. AND C.A.M., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53138-2012**

## ORDER

We **GRANT** the motion of Indu Bailey, Official Court Reporter for the 219th Judicial

District Court of Collin County, Texas, for an extension of time to file the reporter's record. The

reporter's record shall be filed **on or before October 6, 2014**.

/s/    ADA BROWN
        JUSTICE